IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No: 3:20-cr-00335-MGL |
| v. | |
| STEPHEN A. BYRNE | **MOTION TO SUSPEND PRESENTENCE REPORT** |

The Government, with the defense's consent, moves the Court to Order United States Probation to suspend the preparation of the presentence report in the present case, Probation has been consulted and does not object. The defendant is the first person prosecuted in a multi-year investigation into the fraud surrounding V. C. Summer Units 2 and 3 construction project. The investigation is complex with additional targets remaining and therefore is continuing. Suspending the preparation will allow Probation to only prepare the report once, instead of multiple iterations as additional evidence is discovered. The Government believes that the investigation will continue over at least the coming year. The Government will alert Probation and the Court when the investigation is concluded, as well as file a motion to resume the preparation of the presentence report.

Therefore, the Government moves for the preparation of the presentence report to be suspended.

I SO MOVE,

PETER MCCOY, JR.
UNITED STATES ATTORNEY

s/ Jim May
James "Jim" Hunter May (ID #11355)
Assistant United States Attorney
1441 Main Street – Suite 500
Columbia, South Carolina 29201

I SO CONSENT

s/ Jim Griffin
Jim Griffin
Attorney for the Defense