IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: 3:20-CR-335 |
| v. | MOTION TO CONTINUE |
| STEPHEN ANDREW BYRNE | |

Defendant Stephen Andrew Byrne, by and through his undersigned counsel, and with the consent of the government, hereby moves the Court for a continuance of Mr. Byrne's sentencing which is presently scheduled for February 28, 2023. At present, local counsel for Mr. Byrne, James Griffin and Margaret Fox, are in an out-of-town trial in a separate matter which began January 23, 2022. While it was expected this trial would be concluded prior to Mr. Byrne's sentencing date, it now appears likely the trial will not be concluded on or before February 28, 2023.

Therefore, and with the consent of Mr. Byrne, the undersigned requests the Court grant a continuance until the week beginning March 6, 2023. In consultation with the government regarding this motion and rescheduling the same, the Government has informed Mr. Byrne's counsel that if the sentencing is scheduled for the week of March 6, 2023, the government has a conflict on March 8, 2023.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

1

2

                                              Respectfully submitted,

                                              By:    <u>*s/ James M. Griffin*</u>
                                                                   James M. Griffin, Fed. ID 1053
                                                                   Margaret N. Fox, Fed. ID 10576
                                                                   GRIFFIN | DAVIS
                                                                   4408 Forest Drive, Suite 300
                                                                   Columbia, SC 29607
                                                                   (803) 744-0800
                                                                   jgriffin@griffindavislaw.com
                                                                   mfox@griffindavislaw.com

                                                             *Attorneys for Mr. Byrne*

February 21, 2023
Columbia, South Carolina